UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Judge Berman**

------------------------------------------------------------------x

LIBERTY INSURANCE CORPORATION,

                  Plaintiff,

Civil Action No.

**'07 CIV 3772**

   -against-

MAX RAVE, LLC,

                  Defendant.

**FED R. CIV. P. 7.1
STATEMENT**

------------------------------------------------------------------x

       Pursuant to Federal Rile of Civil Procedure [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff LIBERTY INSURANCE COMPORATION certifies that it is a wholly owned subsidiary of Liberty Mutual Insurance Company, and that it has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated: New York, New York
         May 10, 2007

                                        Yours, etc.

                                        JAFFE & ASHER LLP

                                        By: _____
                                           Marshall T. Potashner (MTP-3552)
Attorneys for Plaintiff
LIBERTY INSURANCE CORPORATION
600 Third Avenue
New York, New York 10016
(212) 687-3000

*RECEIVED MAY 14 2007 U.S.D.C. S.D.N.Y. CASHIERS*