United States District Court
Southern District of New York

---

Liberty Insurance Corporation,

                Plaintiff,                    AFFIDAVIT OF SERVICE

   -against-                                      Case No: 07 CIV 3772
                                                      Judge Berman

Max Rave, LLC,

                Defendant.

---

State of New York )
                         ss:
County of Albany  )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on May 17, 2007 at approximately 2:00 p.m. deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law; Summons in a Civil Action, Individual Practices of Hon. Richard M. Berman dated October 2003, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003, and Individual Practices of Magistrate Judge Michael H. Dolinger dated June 15, 1998; that the company served was Max Rave, LLC, a foreign limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0"-5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                             *Mary M. Bonville*
                                                             Mary M. Bonville

Sworn to before me this 17th day of May, 2007

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010