UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LIBERTY INSURANCE CORPORATION,                    Civil Action No.
                                                  07 Civ. 3772 (RMB)
      Plaintiff,

  -against-                                      **SECOND NOTICE**

MAX RAVE, LLC,

      Defendant.
------------------------------------------------------------------x

**M A D A M S / S I R S :**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure, service of the within Summons and Complaint is being made by first class mail to the last known address of your corporation.

    **PLEASE TAKE FURTHER NOTICE** that service of a Summons and Complaint upon your corporation has been made pursuant to New York Business Corporations Law § 306 on May 17, 2007.

Dated: New York, New York
       May 29, 2007

                                 Yours, etc.

                                 JAFFE & ASHER LLP

                                 By: _____
                                   Marshall T. Potashner (MP-3552)
                                   MPotashner@Jaffeandasher.com
                               Attorneys for Plaintiff
                               LIBERTY INSURANCE CORPORATION
                               600 Third Avenue
                               New York, New York 10016
                               (212) 687-3000

TO:   MAX RAVE, LLC
      317 Madison Avenue, Suite 1010
      New York, New York  10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, | Civil Action No. 07 Civ. 3772 (RMB) |
| Plaintiff, | |
| -against- | **AFFIDAVIT OF SERVICE** |
| MAX RAVE, LLC, | |
| Defendant. | |

------------------------------------------------------------------x

STATE OF NEW YORK         )
                          )ss.:
COUNTY OF NEW YORK        )

    I, **Irina Finkler**, being duly sworn say: I am not a party to this action, am over eighteen years of age and reside in Brooklyn, New York.

    That on May 29, 2007, I served a true copy of the following documents **Second Notice** and copy of **Summons** and **Complaint** by mailing the same in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee indicated below:

        MAX RAVE, LLC
        317 Madison Avenue, Suite 1010
        New York, New York 10017

                      *Irina Finkler*
                      _____
                      Irina Finkler

Sworn to before me this
29th day of May, 2007

_____
NOTARY PUBLIC

SUSAN E. FIORETTI
Notary Public, State of New York
No. 01FL4923004
Qualified in Queens County
Commission Expires March 14, 20 *10*