# MEMO ENDORSED

**JAFFE & ASHER**
ATTORNEYS AT LAW

*Adjourned to 7/23/07 @ 2:15*

ESTABLISHED 1974

SO ORDERED:
Date: 6/18/07
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

May 14, 2007

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-3601 (FAX)

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6174 (FAX)

Honorable Richard M. Berman
U.S. District Court, S.D.N.Y.
U.S. Courthouse, Room 650
500 Pearl Street
New York, New York 10007-1312

RE: **Liberty Insurance Corporation v. Max Rave, LLC**
    **Civil Action No.  :   07 CV 3772 (RMB)**

Dear Judge Berman:

Our firm represents plaintiff LIBERTY INSURANCE CORPORATION ("Liberty") in the above-mentioned matter. I write to request an adjournment of the initial pre-trial conference, which is set for June 22, 2007.

Defendant Max Rave, LLC ("Max Rave") has not yet responded to the Complaint or appointed litigation counsel. We are in the process of attempting to negotiate a resolution of this matter with Max Rave's business people. As such, we have agreed to extend their time to answer, if the matter cannot be resolved.

As such, I respectfully request that the conference be adjourned for approximately 30 days, to allow the settlement process to work itself out.

Respectfully submitted,

Marshall T. Potashner

MTP:mp
Cc: Maryn Miller, Esq.
    General Counsel and Senior Vice President, Legal
    BCBG Max Azria Group, Inc.
    2761 Fruitland Avenue
    Vernon, California 90058

RECEIVED
JUN 18 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07