```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY INSURANCE CORPORATION,

                Plaintiff,

-against-

MAX RAVE, LLC

                Defendants.

**STIPULATION**

07 CIV. 3772 (RMB)

**IT IS HEREBY STIPULATED AND AGREED** that defendant MAX RAVE, LLC may have a further extension of time within which to appear, answer and/or move relative to the Summons and Complaint served in the above-entitled lawsuit up to and including August 17, 2007. The defendant agrees not to raise any affirmative defenses relative to personal jurisdiction.

Dated:     New York, New York
             July 18, 2007

By: MARSHALL T. POTASHNER, ESQ.
JAFFE & ASHER, LLP
Attorneys for Plaintiff
600 Third Avenue
New York, New York 10016

By: NEIL F. BRENES
AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendant
MAX RAVE, LLC
757 Third Avenue
New York, New York 10017

So Ordered:
RMB
7/18/07

Richard M. Berman

581426v