```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE, NEW YORK, N.Y. 10017
212 593-6700
FAX: 212 593-6970

Federal Rules of Civil Procedure
Rule 1. Scope and Purpose of Rules
"These rules... shall be construed and administered to secure the just, speedy, and inexpensive determination of every action"

**MEMO ENDORSED**

NEIL F. BRENES
(212) 593-6709
NFBRENES@ARFDLAW.COM

MEMBERS OF THE FIRM

| | | |
|---|---|---|
| MARK J. AARONSON | CRAIG P. FENNO | NANCY L. PENNIE |
| LAWRENCE D. BLOOMSTEIN | MICHAEL M. FUTTERMAN | JAY A. RAPPAPORT |
| NEIL F. BRENES | ANDREW I. KAPLAN | CAROL E. RUSSELL |
| RICHARD V. CAPLAN | STEVEN Z. KRONOVET | BARBARA A. RYAN |
| ROBERT J. CECALA | PHILIP D. LERNER | BARRY M. SCHREIBER |
| ROBERT S. DEUTSCH | NICHOLAS J. MAROTTA | DAWN C. SHAPIRO |
| SUSAN ETRA | DAVID A. MAYERI | ALISON R. SHIELDS |
| PETER J. FAZIO | ROBERT S. MELNICK | NANCY A. STEPROE |
| MARK E. FEINSTEIN | DANIEL NESSIM | ELLIOTT J. ZUCKER |

**VIA FACSIMILE (212) 805-6717**

July 18, 2007

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 6A
New York, New York 10007

*Adjourn conference to 8/21/07 @ 11:00.*

**SO ORDERED:**
Date: 7/18/07    Richard M. Berman
                 Richard M. Berman, U.S.D.J.

Re:   LIBERTY INSURANCE CORPORATION v. MAX RAVE, LLC
      CIVIL ACTION NO.: 07 Cv. 3772 (RMB)
      OUR FILE NO.     : 6010.001

Dear Judge Berman:

Our firm represents the defendant, Max Rave, LLC in the above-referenced matter. I am writing to request an adjournment of the initial Rule 16 Conference which is currently scheduled for this Monday, July 23, 2007 at 2:15 p.m. I also respectfully request that the Court grant an extension for the defendant to serve its Answer in this case in accordance with the stipulation that has been sent along with this letter. It should be noted that the plaintiff's attorney, Marshall Potashner, agrees that the conference should be adjourned.

Briefly, this is a contract matter which is very close to resolution. The plaintiff requested certain documentation from my client which has been provided and which is currently being reviewed by plaintiff. I have been advised that the parties will know within the next couple of weeks as to whether or not this case can be resolved.

In light of the foregoing, we respectfully request the courtesy of an adjournment of the Rule 16 Conference for approximately thirty (30) days in order to afford the parties some additional time within which to resolve this case.

Respectfully submitted:

/s/ Neil F. Brenes
NEIL F. BRENES

**RECEIVED JUL 18 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

581424v

-2-

HON. RICHARD M. BERMAN
July 18, 2007

RE: **LIBERTY INSURANCE CORPORATION v. MAX RAVE, LLC**

NFB:cas

cc:    Jaffe & Asher, LLP *(Via fax) (212) 687-3601*
       600 Third Avenue
       New York, New York 10016
       Att: Marshall Potashner, Esq.

581424v