UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBERTY INSURANCE CORPORATION

            Plaintiff(s),

- v -

MAX RAVE, LLC

            Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 3772 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __November 21, 2007__

(ii) Amend the pleadings by __November 21, 2007__

(iii) All discovery to be **expeditiously** completed by __March 31, 2008__

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions __Very Good. Likely to settle w/in 3 weeks. 9/27/07 @ 9:00 AM with principals__

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
            8/21/07



Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07