UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LIBERTY INSURANCE CORPORATION,      Civil Action No.
                                         Plaintiff,     07 Civ. 3772 (RMB)

     -against-     **NOTICE OF DISMISSAL**

MAX RAVE, LLC,

                                      Defendant.
------------------------------------------------------------------x

**M A D A M S/S I R S:**

       **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1), insofar as no adverse party has served an answer or moved for summary judgment, plaintiff LIBERTY INSURANCE CORPORATION dismisses the above-captioned action, without prejudice, and without costs to any party.

Dated: New York, New York
        August 28, 2007

                                                         Yours, etc.

                                                         JAFFE & ASHER LLP

                                                         By: _____
                                                             Marshall T. Potashner (MP-3552)
                                                             MPotashner@Jaffeandasher.com
                                                 Attorneys for Plaintiff
                                                 LIBERTY INSURANCE CORPORATION
                                                 600 Third Avenue, 9th Floor
                                                 New York, New York 10016
                                                 (212) 687-3000

To:  AARONSON, RAPPAPORT, FEINSTEIN
 & DEUTSCH, LLP
 Attorneys for Defendant
 MAX RAVE, LLC
 757 Third Avenue
 New York, New York  10017
 (212) 593-6700