UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LIBERTY INSURANCE CORPORATION,   Civil Action No.
                                 07 Civ. 3772 (RMB)

                Plaintiff,

  -against-                      **AFFIDAVIT OF SERVICE**

MAX RAVE, LLC,

                Defendant.
------------------------------------------------------------------x
STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

       I, Irina Finkler, being duly sworn say: I am not a party to this action, am over 18 years of age and reside in the State of New York, County of Kings.

       That on August 28, 2007, I served a copy of the within **Notice of Dismissal**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the following:

                AARONSON, RAPPAPORT, FEINSTEIN
                & DEUTSCH, LLP
                757 Third Avenue
                New York, New York 10017

                                         _Irina Finkler_
                                         Irina Finkler

Sworn to before me this
28th day of August, 2007

_____
NOTARY PUBLIC

DAVID R. SHYER
Notary Public - State of New York
No. 02SH6136651
Qualified in New York County
My Comm. Expires Nov. 14, 2009