UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LIBERTY INSURANCE CORPORATION,                Civil Action No.
                                              07 Civ. 3772 (RMB)
                Plaintiff,

        -against-                             **NOTICE OF DISMISSAL**

MAX RAVE, LLC,

                Defendant.
-----------------------------------------------------------x

**M A D A M S/S I R S:**

      **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1), insofar as no adverse party has served an answer or moved for summary judgment, plaintiff LIBERTY INSURANCE CORPORATION dismisses the above-captioned action, without prejudice, and without costs to any party.

Dated: New York, New York
      August 28, 2007

                                          Yours, etc.

                                          JAFFE & ASHER LLP

                                          By: _____
                                              Marshall T. Potashner (MP-3552)
                                             MPotashner@Jaffeandasher.com

DISMISSED
SO ORDERED
_RMB_
_____
RICHARD M. BERMAN U.S.D.J.
9/27/07

                                             Attorneys for Plaintiff
                                             LIBERTY INSURANCE CORPORATION
                                             600 Third Avenue, 9th Floor
                                             New York, New York 10016
                                             (212) 687-3000

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07